IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  2:10-cr-04052-FJG-2 |
| | ) | |
| Jaime Cerros-Perez, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #81 filed on April 11, 2012), to which no objection has been filed, the plea of guilty to Count 1 of the Second Superseding Indictment which was filed on June 23, 2011, is now accepted.  Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

       **/s/ Fernando J. Gaitan, Jr.**
       Fernando J. Gaitan, Jr.
       Chief United States District Judge

Dated:  May 2, 2012
Kansas City, Missouri